**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


ORIGINAL

KIM CARL

*(In the space above enter the full name(s) of the plaintiff(s).)*

# 17CV 4363

-against-

City of Yonkers, Yonkers Police Dept 3rd Pct
PO Brian McCormack, PO Hernandez Shield #1017, PO Gene Dolce 951,
PO Christoper Manzo #1099, PO Jason Phipps #1054, LaShawn Hogue #47,
PO Flood, PO Duca, PO Esa,
Sgt Al Sauge #108, Sgt Austin
Bergamenn and Towing Company
DSN-G/O, Blake 1103, 3rd Pct.

## COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  KIM CARL
            ID #  30021
            Current Institution  Westchester County Correction
            Address  PO box 10 Wood Rd
                     Valhalla NY 10595

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Brian McCormack     Shield #
                  Where Currently Employed  Yonkers Police Dept 4th Pct
                  Address  City of Yonkers 104 S Broadway
                           Yonkers NY 10701

Rev. 05/2010

RECEIVED
JUN 07 2017
U.S.D.C.
WP

1

Defendant No. 2   Name Lashawned Hogue   Shield # 47
Where Currently Employed ~~Yonkers~~ City of Yonkers
Address 104 S Broadway
Yonkers NY 10701

Defendant No. 3   Name Christopher Maw 2   Shield # 1644
Where Currently Employed City of Yonkers
Address 104 S Broadway
Yonkers NY 10701

Defendant No. 4   Name Sgt Al L Sayre   Shield # 108
Where Currently Employed City of Yonkers
Address 104 S Broadway
Yonkers NY 10701

Defendant No. 5   Name Sgt Adrew Bargainian   Shield #
Where Currently Employed ~~Yonkers~~ City of Yonkers
Address 104 S Broadway
Yonkers NY 10701

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
It happen on street between Manhattan Bridge on 5 Ave and 3 Ave Bronx New York

B. Where in the institution did the events giving rise to your claim(s) occur?
On the street 3 Ave in Bronx NY

C. What date and approximate time did the events giving rise to your claim(s) occur?
9/24/16 about 9:15 PM I was hit from the rear coming off the Manhattan Bridge on 5 Ave on 3 Ave Bronx by unmark Yonkers police car

D. **Facts:** ON 9/24/16 I was driving my Mother 2004 Mitsu giant I went to harlem at 7:15pm it was Harlem week and afaican American day so I went to see friend and see some of the Marching band that were come from different state to March in the parade the Next day. I watch them pratice at the harlem armore about 9:15pm I decide to head back to yonkers so I drove to 125 street got on to Madison Ave Drove to the 5Ave manhotten bridge on 138 street I was in the right lane I got in to the left lane as I was going to turn to get on to Major Deegan expressway my Mother car was hit from the back I put the car in park to see what happen I saw unmark police car and this face I saw before the uniform Officer was Not NYPD he was yonkees police officer name Brian McCormack who assault me on 1/22/00 and 9/6/01 I could understand why he was out of his jurisdction then it hit me the 440 Motion I had/Lawyer put in to get exonerated for assault on yankees police I did not do I done 15 years on Parjury testimony conspiracy to Brian McCormack ask me for my licence when I pull out my wallet

see Atth →

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

My wrist bone was shedder my knuck broke cut with knife stiches 4 operation and I can pick up with hand or make close fist these injures for life damage operation and treatment was at Lincoln Hospital hand center Bronx NY

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No X  on street

he knock it out my hand grab my left hand put it in marthal art hold and shedder my wrist causing the bone to break through top of my hand and skin dislocate my knuckles Tokout a black knife and cut the pome of my hand and cut in between thumb and pointer finger My hand went into tramor I lost a lot of blood and almost die they lie and state I toke them on high speed chase this untrue their video footage on degeen expressway and on the Manhattan bridge 5Ave and 3Ave in bronx NY showing what happen my car Never turn over this was lies and Powell v Alaxnder 391 F.3d 1 (1st.cir) 2004 relatiation for exercise of First Amendment right is actionable under 1983 I have went under 4 operation my knuckle out sockit they had retact my thumb I can't make a fist any more or pick up a bone was remove out of my hand this was yonkers police brutality and assault in first degree the New york City Police Dept did not back up the city of yonkers police report my 1 4 5 6 8 amendment Right have been violated and falsely incarcerated and charge with false charges I have picture and medical records and witness as well video footage yonkers police had No parable cause to hit the car Or arrest me out their Jurisdiction

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _X_   No ____   Do Not Know ____   but it happen on street

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No _X_   Do Not Know ____   happen on street

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____   NO   happen on street

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____   NO   happen on street

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?   NO   ON Street

   1. Which claim(s) in this complaint did you grieve? _____

   _____

   2. What was the result, if any? _____

   _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   NO Happen on street

   _____

   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____
      NO happen on Street

   _____

   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                    4

when and how, and their response, if any: _I wrote complaint Yonkers @ internal affairs No response_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _I wrote up complaint to the Yonkers internal affairs_

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _30 Million dollars Damages, Hospital Bill Car repair pain suffering emotional stress Compensatory damage punitive damages Mental anguish anxiety emotional trauma Monell Claim PTSD All these system I going through this 3rd Yonkers police brutality incident with the same player_

_I ask the Court to relief the amount of 30 Million Dollars Compensatory Damage my left_

## VI. Previous lawsuits:

<div style="border: 1px solid;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _X_  No ____

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff _Yonkers Police Dept_

   Defendants _Kim Curl_

2. Court (if federal court, name the district; if state court, name the county) _Westchester Southern District 1/22/00_

3. Docket or Index number _____

4. Name of Judge assigned to your case _Bryant_

5. Approximate date of filing lawsuit _2/13/00_

6. Is the case still pending? Yes ____ No _X_
   If NO, give the approximate date of disposition _2008_

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _No_

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____ No _X_

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff _Yonkers police Dept_

   Defendants _Kim Curl_

2. Court (if federal court, name the district; if state court, name the county) _Westchester Southern District 9/6/01_

3. Docket or Index number _____

4. Name of Judge assigned to your case _Smith_

5. Approximate date of filing lawsuit _October 2001_

6. Is the case still pending? Yes ____ No _X_
   If NO, give the approximate date of disposition _11/2009_

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _No_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

|  |  |
|---|---|
| Signature of Plaintiff | *Kim Carl* |
| Inmate Number | 30021 |
| Institution Address | Westchester County Correction PO Box 10 Woods Rd Valhalla NY 10595 |

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Kim Carl*

Kim Cook #30021
c/o Martha DeBessy
101 Highland Ave. Apt 1C
Yonkers, N.Y 10705




U.S. POSTAGE PAID
YONKERS, NY
10701
JUN 06, 17
AMOUNT
$8.55
R2304H108200-16

USMS
SDNY



CERTIFIED MAIL
7015 3430 0000 9799 0610



RECEIVED
JUN 7 2017
U.S.D.C.
WP

U.S. District Court Southern District of New York

300 Quarropas
White Plains, New York, 10601

RETURN RECEIPT REQUESTED